SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
BRIAN EGGLESTON, Sr. Deputy City Attorney (289309)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE
RYAN REYNOLDS; WALID HOQOQ
AND KEVIN MCCLURE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| ANGELIQUE LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, et al., <br><br> Defendants. | Case Number: 5:24-cv-07926-NC <br><br> **DECLARATION OF BRIAN EGGLESTON IN SUPPORT OF DEFENDANTS' OMNIBUS DAUBERT MOTION AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> Date:     July 29, 2026 <br> Time:     9:00 A.M. <br> Location:  Courtroom 5, 4th Floor <br> Judge:    Hon. Nathanael Cousins |

I, BRIAN EGGLESTON, declare:

1. I am licensed to practice law in the State of California, employed by the City of San Jose as a Senior Deputy City Attorney in the Office of the City Attorney, which represents the City of San Jose and San Jose Police Department in this action. I have personal knowledge of the matters stated in this declaration and would testify competently to them if called as a witness.

2. Attached as **Exhibit A** is a true and correct copy of the expert report of Roger Clark, produced by Plaintiffs in this case.

3. Attached as **Exhibit B** is a true and correct copy of the transcript from the deposition of Roger Clark, taken on May 12, 2026 in this matter.

4. Attached as **Exhibit C** is a true and correct copy of the expert report of Lincoln Han, produced by Defendants in this case.

5. Attached as **Exhibit D** is a true and correct copy of the transcript from the deposition of Lincoln Han, taken on April 30, 2026 in this matter.

6. Attached as **Exhibit E** is a true and correct copy of the transcript from the deposition of Ryan Reynolds, taken on October 27, 2025 in this matter.

7. Attached as **Exhibit F** is a true and correct copy of the transcript from the deposition of Walid Hoqoq, taken on October 30, 2025 in this matter.

8. Attached as **Exhibit G** is a true and correct copy of the transcript from the deposition of Kevin McClure, taken on November 4, 2025 in this matter.

9. Attached as **Exhibit H** is a true and correct copy of the the San Jose Police Department Executive Force Review Committee Report concerning the uses of force by Officer Ryan Reynolds, Officer Walid Hoqoq, and Sergeant Kevin McClure during the May 5, 2024 incident.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Jose, California.

By: /s/ Brian Eggleston
BRIAN EGGLESTON
Sr. Deputy City Attorney

Dated: June 18, 2026

DECLARATION OF BRIAN EGGLESTON IN SUPPORT OF OMNIBUS DAUBERT MOTION AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

5:24-cv-07926-NC
2321665

DECLARATION OF BRIAN EGGLESTON IN SUPPORT OF OMNIBUS
DAUBERT MOTION AND DEFENDANTS' MOTIONS FOR SUMMARY
JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

5:24-cv-07926-NC

2321665