SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
MAREN CLOUSE, Chief Deputy City Attorney (228726)
BRIAN EGGLESTON, Sr. Deputy City Attorney (289309)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

GUSTAVO MAGANA
The Law Office of Gustavo Magana
4701 Patrick Henry Drive, Bldg 16
Telephone Number: (408) 430-0411
Facsimile Number: (800) 650-9326
E-Mail Address:  Gmaganaesq@gmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANGELIQUE LOPEZ, et al.<br><br>                  Plaintiffs,<br><br>        v.<br><br>CITY OF SAN JOSE, et al.,<br><br>                  Defendants. | **Case Number:  5:24-cv-07926-NC**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

WHEREAS, this case is currently set for a settlement conference for July 29, 2026;

WHEREAS, the City Council of the City of San José is currently in recess and is not scheduled to reconvene until mid-August;

WHEREAS, the Office of the City Attorney of San José has limited authority to settle a case without express approval of the City Council of San José; and

WHEREAS, the parties believe the case is more likely to reach a settlement if the settlement conference is held during a period when the City Council is actively holding sessions;

NOW THEREFORE, the parties respectfully request that the Court continue the settlement conference in this case to a date after August 11, 2026. The parties propose the following dates of availability: 8/19/26, 8/27/26, 8/28/26, 9/9/26, 9/10/26, 9/11/26.

**IT IS SO STIPULATED.**

SUSANA ALCALA WOOD, City Attorney

Dated: July 1, 2026

By:  _/s/ Brian Eggleston_____
BRIAN EGGLESTON
Sr. Deputy City Attorney

Attorneys for Defendant
CITY OF SAN JOSE

LAW OFFICES OF GUSTAVO MAGANA

Dated: July 3, 2026

By: /s/_Gustavo Magana_____
GUSTAVO MAGANA

Attorneys for Plaintiff
ANGELIQUE LOPEZ

I, Brian Eggleston, attest pursuant to Northern District Local Rule 5-1(h)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing and their electronic signature to this document.

Dated:  July 5, 2026

_____/s/ Brian Eggleston_____
Brian Eggleston

STIPULATION AND [~~PROPOSED~~] ORDER TO
CONTINUE SETTLEMENT CONFERENCE

2

5:24-cv-07926-NC
Stipulation to  Continue Settlement
Conference.docx

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation by and between all parties in the above-entitled action, it is hereby ordered that the settlement conference be continued to ___September 10, 2026 at 10:00 am___ .

**IT IS SO ORDERED.**

Dated: ___July 8, 2026___

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge