Gustavo Magana, Esq (SBN: 305970)
The Law Office of Gustavo Magana
4701 Patrick Henry Drive, Bldg 16
Telephone Number: (408) 430-0411
Facsimile Number: (800) 650-9326
E-Mail Address: Gmaganaesq@gmail.com

Attorneys for PLAINTIFF

SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
BRIAN EGGLESTON, Sr. Deputy City Attorney (289309)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Angelique Lopez *et al.*,<br>Plaintiffs,<br>vs.<br>City of San José *et al.*,<br>Defendants. | Case Number: 5:24-cv-07926-NC<br>**ORDER RE: TRIAL STIPULATIONS** |

For purposes of the jury trial in the above-referenced matter, counsel for both parties stipulate to the following:

1.) Plaintiff Angelique Lopez suffered the following injuries from the subject incident:

a. A small right-sided subdural hematoma (a collection of blood between the brain and its surrounding tissues) measuring 3mm
b. Knee scrapes and bruises
c. Head pain
d. Left ear bleeding
e. A non-displaced temporal skull fracture
f. Temporary partial hearing loss

2. As to Angelique Lopez, toxicology tests at the hospital showed she had alcohol and marijuana in her system. As of 11:48 PM, she had a blood alcohol level of 104 mg/dL, or 0.104%.

3. The parties agree that neither expert may:

a) testify as to what facts are demonstrated or supported by the video evidence (they can, however, explain what facts they accepted as true for purposes of forming their opinions);
b) opine on the credibility of other witnesses;
c) opine on the legality of the actions of each defendant officer; or
d) hold out POST guidelines as law.

4. The parties agree to stipulate as to the authenticity and admissibility of the following documents:

a. Photos produced in discovery by either side
b. Video footage produced by either side related to the subject incident, including bodycam footage and the surveillance video.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED: September 16, 2026

SUSANA ALCALA WOOD, City Attorney

By: /s/ Brian Eggleston
Brian P. Eggleston
Sr. Deputy City Attorney

***Attorneys for Defendants***

DATED: September 16, 2026

Law Office of Gustavo Magana

By: /s/ Gustavo Magana
GUSTAVO MAGANA

***Attorneys for Angelique Lopez, et al.***

I attest that Plaintiff's counsel has read and approved this document and given consent to the filing of the same with the Court.

DATED: September 16, 2026

SUSANA ALCALA WOOD, City Attorney

By: /s/ Brian Eggleston
BRIAN P. EGGLESTON
Sr. Deputy City Attorney

***Attorneys for Defendants***

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 28, 2026

