Gustavo Magaña (SBN 305970)
The Law Office of Gustavo Magaña
4701 Patrick Henry Dr. Bldg 16
Santa Clara, CA 95054
T: (408) 430-0411
F: (800) 650-9326
E: Gmaganaesq@gmail.com

Attorney for Plaintiff
Angelique Lopez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Angelique Lopez *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>City of San José *et al.*,<br><br>Defendants. | Case Number: 5:24-cv-07926-NC<br><br>**STIPULATED ORDER FOR THE DISMISSAL OF THE ENTIRE CASE WITH PREJUDICE** |

It is hereby stipulated between Plaintiff, Andrew Cervantes, and Defendants City of San Jose and Kevin McClure, that Plaintiff Andrew Cervantes' individual claims against Defendant City of San Jose and Defendant Kevin McClure should be dismissed with prejudice pursuant to F.R.C.P. 41. The parties further stipulate that each party shall bear their own attorney's fees, expenses, and costs. This dismissal does not affect any claims of the remaining Plaintiffs, Angelique Lopez and Alberto Ramirez.

IT IS SO STIPULATED.

///

///

Dated: 9/29/26

Susan Alcala, City Attorney

By: /s/ *Brian Eggleston*
Brian Eggleston
Senior Deputy City Attorney

Attorneys for Defendants

Dated: 9/17/26

LAW OFFICE OF GUSTAVO MAGAÑA

By: Gustavo Magaña
GUSTAVO MAGAÑA

Attorneys for Plaintiff

I attest that Defense counsel has read and approved this document and given consent to the filing of the same with the Court.

Dated: 9/29/26

LAW OFFICE OF GUSTAVO MAGAÑA

By: Gustavo Magaña
GUSTAVO MAGAÑA

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ____________________________

HON. Nathaneal Cousins
United States District Judge