United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELIQUE LOPEZ, and others,
Plaintiffs,
v.
RYAN REYNOLDS, and others,
Defendants.

Case No. 24-cv-7926 NC

**ORDER RE: JURY SELECTION PROCESS**

Eight jurors, with no alternates, will be selected to try this case. About 40 prospective jurors will be sent a survey monkey questionnaire on October 1. Questionnaire responses will be emailed to lead counsel on or about October 5. The parties and their counsel may only use the survey responses for purposes of this case. The responses must be returned or certified in writing as destroyed within 30 days after the end of the case (including any appeal).

On the first day of trial, October 13, prospective jurors will be called into the courtroom in groups of 20. In each grouping, I will ask questions of each prospective juror and then each side will be allowed up to 20 minutes of voir dire. After for cause challenges are considered, each side will be allowed up to 3 peremptory challenges, in this sequence: Plaintiff; Defendant; Defendant; Plaintiff; Plaintiff; Defendant. Parties may pass. A pass counts as a challenge. If both parties pass in the same round, the peremptory challenge process terminates immediately. The Court separately will issue a form upon which the parties will record their peremptory challenges.

**IT IS SO ORDERED.**

Dated: September 28, 2026

NATHANAEL M. COUSINS
United States Chief Magistrate Judge