UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELIQUE LOPEZ, and others,
Plaintiffs,

v.

RYAN REYNOLDS, and others,
Defendants.

Case No. 24-cv-7926 NC

**PEREMPTORY STRIKE FORM**

Indicate a "Pass" by writing "Pass." A Pass counts as a Strike.

| Party Making Strike | Number and Last Name of Juror |
|---|---|
| Plaintiff | |
| Defendant | |
| Defendant | |
| Plaintiff | |
| Plaintiff | |
| Defendant | |

United States District Court
Northern District of California