United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELIQUE LOPEZ, et al.,
Plaintiffs,
v.
RYAN REYNOLDS, et al.,
Defendants.

Case No.24-cv-07926-NC

**ORDER FOLLOWING FINAL PRETRIAL CONFERENCE**

The Court held a Final Pretrial Conference on September 30, 2026, attended by counsel for both parties. The Court orders as follows:

- Pursuant to the agreement between the parties at the Pretrial Conference, each side will have a total of **10 hours**—rather than 12—to present its case. This includes all aspects of trial (e.g. objections, examinations) except jury selection.
- The parties' proposed witness and exhibit lists (Dkt. Nos. 74, 75, 79) are now closed to further amendment absent an order from the Court.
- No later than **October 7, 2026**, the parties shall file a joint statement regarding the potential bifurcation of trial on the question of punitive damages. To the extent one or both parties believe that such bifurcation is warranted, they shall describe the reasons for this request for bifurcation and

identify clearly the evidence they intend to present during this proposed second phase of trial.

- The Court reminds the parties to notify the Court promptly if they reach a settlement.

**IT IS SO ORDERED.**

Dated: September 30, 2026

NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California