United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELIQUE LOPEZ, et al.,
Plaintiffs,
v.
RYAN REYNOLDS, et al.,
Defendants.

Case No.24-cv-07926-NC

**FURTHER ORDER RE TRIAL PREPARATION**

In preparation for the upcoming jury trial in this matter, the Court further orders as follows:

1. **No later than October 7, 2026**, plaintiffs shall provide the Court with copies of their proposed video exhibits at Dkt. No. 75. To the extent that these exhibits are the same as one or more of defendants' proposed exhibits, plaintiffs shall identify which of defendants' exhibits are identical to the exhibits they seek to use.
2. In addition, **by October 7, 2026**, plaintiffs shall provide the Court with chambers copies of the deposition excerpts identified at Dkt. No. 75-1 that they seek to use at trial. These excerpts should also be sent electronically to ncpo@cand.uscourts.gov.
3. The parties shall jointly submit a set of proposed opening jury instructions **no later than October 7, 2026,** and a set of proposed closing jury instructions **no later than October 9, 2026.** To the extent the parties disagree on any particular instruction,

United States District Court
Northern District of California

they shall indicate the nature of the disagreement and provide any relevant case law in support of their position. The proposed instructions should be filed on the docket as well as sent in Word format to the Court at ncpo@cand.uscourts.gov.

4. The Court has reviewed the joint statement of the case and will adopt this statement for use at trial.
5. Finally, the Court notes that defendants have submitted a significant volume of proposed exhibits, including numerous video exhibits. The Court is concerned about the cumulative nature of these exhibits and declines to generally admit all stipulated exhibits at this time. Exhibits will be admitted on a case-by-case basis as relevant during trial.

**IT IS SO ORDERED.**

Dated: October 5, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge