SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
BRIAN EGGLESTON, Sr. Deputy City Attorney (289309)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE, RYAN REYNOLDS, WALID HOQOQ, and KEVIN MCCLURE

GUSTAVO MAGANA
The Law Office of Gustavo Magana
4701 Patrick Henry Drive, Bldg 16
Telephone Number: (408) 430-0411
Facsimile Number: (800) 650-9326
E-Mail Address: Gmaganaesq@gmail.com

Attorneys for Plaintiffs ANGELIQUE LOPEZ, ANDREW CERVANTES, and ALBERTO RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSÉ DIVISION

| | |
|---|---|
| Angelique Lopez *et al.*,<br>Plaintiffs,<br>vs.<br>City of San José *et al.*,<br>Defendants. | Case Number:5: 24-cv-07926-NC<br><br>**JOINT STATEMENT REGARDING BIFURCATION AND STATUS OF DEFENDANT MCCLURE** |

Upon further conference, the parties agree that bifurcation of the trial is not necessary, and Defendants accordingly withdraw their request for such bifurcation.

The parties further agree that defendant Kevin McClure has been dismissed from the case as a result of the stipulated dismissal of plaintiff Andrew Cervantes's claims.

Dated: October 5, 2026

Respectfully submitted,

SUSANA ALCALA WOOD, City Attorney

By: *_/s/ Brian Eggleston_*
BRIAN EGGLESTON,
Senior Deputy City Attorney

***Attorneys for Defendants***

Law Office of Gustavo Magana

Dated: October 5, 2026

By: *_/s/ Gustavo Magana_*
GUSTAVO MAGANA

***Attorneys for Plaintiffs***

I, Brian Eggleston, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the content of the filing and have authorized this filing and their electronic signature to this document.

Dated: October 5, 2026

*/s/ Brian Eggleston*
BRIAN EGGLESTON
Sr. Deputy City Attorney

***Attorneys for Defendants***