United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELIQUE LOPEZ and ALBERTO RAMIREZ,

Plaintiffs,

v.

CITY OF SAN JOSE, and others,

Defendants.

Case NO: 5:24-c07926 NC

**ORDER OF CONDITIONAL DISMISSAL**

**Dkt. No. 118**

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice. The Clerk of the Court is directed to administratively close this case. Any party may move to reopen the case, provided that such motion is filed within 45 days. All scheduled dates are VACATED.

The Court retains jurisdiction over this case for 45 days. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

**IT IS SO ORDERED.**

Dated: October 13, 2026

NATHANAEL M. COUSINS
United States Magistrate Judge